Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

> Case No.: 24−14092−MBK
> Chapter: 13
> Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Almoataz B. Basuoni
   aka Al Moataz Basuoni
   5 Edward Ave
   Old Bridge, NJ 08857−2101

Social Security No.:
   xxx−xx−7006

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:           8/28/24
Time:           10:00 AM
Location:       Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.


Dated: July 22, 2024
JAN: mmf

> Jeanne Naughton
> Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                                  Case No. 24-14092-MBK
Almoataz B. Basuoni                                    Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                                    Page 1 of 2
Date Rcvd: Jul 22, 2024                    Form ID: 132                              Total Noticed: 15

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Almoataz B. Basuoni, 5 Edward Ave, Old Bridge, NJ 08857-2101 |
| 520232859 | Bureau of Housing Inspection, PO Box 810, Trenton, NJ 08625-0810 |
| 520232860 | Cenlar Federal Loan and Savings, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 520314626 | U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION, AS, C/O CENLAR FSB, 425 Phillips Blvd, Ewing, NJ 08618 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 22 2024 20:28:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 22 2024 20:28:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520232858 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 22 2024 20:27:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 520232861 | | Email/Text: mrdiscen@discover.com | Jul 22 2024 20:27:00 | Discover Financial, PO Box 15316, Wilmington, DE 19850-5316 |
| 520232863 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 22 2024 20:38:00 | Macys, PO Box 8218, Mason, OH 45040-8218 |
| 520238590 | | Email/Text: mrdiscen@discover.com | Jul 22 2024 20:27:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 520319571 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 22 2024 20:28:00 | Federal Home Loan Mortgage Corporation, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 520232862 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 22 2024 20:37:30 | LVNV Funding, PO Box 10587, Greenville, SC 29603-0587 |
| 520302171 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 22 2024 20:37:57 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520232864 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 22 2024 20:37:27 | Sears Credit Cards, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 520232865 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 22 2024 20:28:00 | Select Portfolio Services, PO Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2019-2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Maria Cozzini | on behalf of Creditor U.S. BANK TRUST COMPANY NATIONAL ASSOCIATION, AS TRUSTEE, AS SUCCESSOR-IN-INTEREST TO U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CITIGROUP MORTGAGE LOAN TRUST INC. ASSET-BACKED PASS-THROUGH CERTI mcozzini@sternlav.com |
| Moshe Rothenberg | on behalf of Debtor Almoataz B. Basuoni moshe@mosherothenberg.com alyson@mosherothenberg.com;ajohn880@gmail.com;rothenberg.mosheb128149@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5