| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Stern, Lavinthal & Frankenberg, LLC<br>103 Eisenhower Parkway, Suite 100<br>Roseland, New Jersey 07068-0490<br>Telephone Number (973) 797-1100<br>Facsimile Number (973) 228-2679<br>Email: mcozzini@sternlav.com<br>Attorneys for Secured Creditor,<br>U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION, AS TRUSTEE, AS SUCCESSOR-IN-INTEREST TO U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CITIGROUP MORTGAGE LOAN TRUST INC. ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2007-AMC2<br>By: Maria Cozzini, Esq. | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>TRENTON VICINAGE<br><br>Chapter 13<br><br>Case No. 24-14092-MBK |
| In Re:<br><br>Almoataz B. Basuoni aka Al Moataz Basuoni<br><br>                             Debtor | |

**CERTIFICATION OF SERVICE**

1. I, Angela Lisa:

    ☐ represent the _____ in the above-captioned matter.

    ☒ am the secretary/paralegal for <u>Stern, Lavinthal & Frankenberg, LLC</u>, who represents the <u>Secured Creditor</u> in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On <u>August 8, 2024</u>, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: ***Objection to Confirmation of Modified Plan***

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

| | |
|---|---|
| Dated: August 8, 2024 | <u>/s/ Angela Lisa</u><br>Angela Lisa |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Almoataz B. Basuoni<br>5 Edward Ave<br>Old Bridge, NJ 08857-2101 | Debtor | ❏ Hand-delivered<br>✓ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |
| Moshe Rothenberg<br>Law Office of Moshe Rothenberg<br>880 East Elmer Road<br>Vineland, NJ 08360 | Debtor's Counsel | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>✓ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Trustee | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>✓ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |

*May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.