| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Stern Lavinthal & Frankenberg LLC<br>103 Eisenhower Parkway - Suite 100<br>Roseland, NJ  07068<br>Telephone Number (973) 797-1100<br>Telecopier Number (973) 228-2679<br>Email: mcozzini@sternlav.com<br>Attorneys for Secured Creditor,<br>U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION, AS TRUSTEE, AS SUCCESSOR-IN-INTEREST TO U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CITIGROUP MORTGAGE LOAN TRUST INC. ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2007-AMC2<br>By: Maria Cozzini, Esq. | |
| In Re:<br><br>     Almoataz B. Basuoni aka Al Moataz Basuoni<br><br><br>Debtor(s) | Case No.: 24-14092-MBK<br>Chapter:   13<br>Hearing Date: October 23, 2024<br>Judge: Michael B. Kaplan, U.S.B.J. |

# CERTIFICATION OF SERVICE

1. I,  Maria Cozzini, Esq.

    <u> X </u> I represent the  <u> Secured Creditor </u>  in the above-captioned matter.
    ☐ I am the secretary/paralegal for Stern, Lavinthal & Frankenberg, LLC, who represents the Creditor in the above captioned matter.
    ☐  am the <u>                          </u> in the above case and am representing myself.

2. On <u>October 16, 2024,</u> I sent a copy of the following pleadings and/or documents

    to the parties listed in the chart below: Opposition to Debtor's Motion to Reinstate the Automatic Stay.

I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

/s/  Maria R. Cozzini, Esq.

Dated: October 16, 2024          Maria R. Cozzini, Esq.

202001743

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Almoataz B. Basuoni<br>5 Edward Ave<br>Old Bridge, NJ 08857-2101 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Moshe Rothenberg<br>Law Office of Moshe Rothenberg<br>880 East Elmer Road<br>Vineland, NJ 08360 | Debtor's Counsel | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Albert Russo<br>Chapter 13 Standing Trustee<br>Cn 4853<br>Trenton, NJ 08650-4853 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Ahmed A. Basuoni<br>5 Edward Avenue<br>Old Bridge, NJ 08857 | Co-Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

*May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.