| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Moshe Rothenberg, Esq.<br>880 E. Elmer Road<br>Vineland, New Jersey 08360<br>Phone: (856) 236-4374<br>Fax: (856) 405-6769<br>Attorney for Debtor(s)<br><br>In Re:<br><br>Almoataz B. Basuoni | Case No.:     24-14092<br><br>Chapter:      13<br><br>Adv. No.:     N/A<br><br>Hearing Date: 10/29/2024 at 11:00 AM<br><br>Judge:        Mark E. Hall |

## CERTIFICATION OF SERVICE

1. <u>I, Alyson Johnson:</u>

    ☐   represent the _____ in the above-captioned matter.

    ☒   am the secretary/paralegal for <u>Moshe Rothenberg, Esq.</u> who represents the <u>Debtor</u> in the above-captioned matter.

    ☐   am the _____ in the above case and am representing myself.

2. On <u>October 22, 2024</u>, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    **Notice of Motion to Reinstate the Stay as to U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION (CENLAR FSB)**

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: <u>October 24, 2024</u>                    <u>/s/Alyson Johnson                </u>
                                                  Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| **Albert Russo**<br>Chapter 13 Standing Trustee<br>CN 4853<br>Trenton, NJ 08650<br><br>Via E-Mail:<br>dmartin@russotrustee.com,<br>arusso@russotrustee.com | Chapter 13 Trustee | ❏Hand-delivered<br>❏Regular Mail<br>❏Certified mail/RR<br>☒E-Mail<br>☒Notice of Electronic Filing (NEF)<br>☒Other: <u>Overnight Mail</u><br>(as authorized by the court*) |
| **Maria Cozzini, Esq.**<br>Stern Lavinthal & Frankenberg LLC<br>103 Eisenhower Parkway - Suite 100<br>Roseland, NJ 07068<br><br>Via E-Mail:<br>mcozzini@sternlav.com | Counsel for U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION (CENLAR FSB) | ❏Hand-delivered<br>❏Regular Mail<br>❏Certified mail/RR<br>☒E-Mail<br>☒Notice of Electronic Filing (NEF)<br>☒Other: <u>Overnight Mail</u><br>(as authorized by the court*) |
| **Denise Carlon, Esq.**<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br><br>Via E-Mail:<br>dcarlon@kmllawgroup.com | Counsel for Federal Home Loan Mortgage Corporation | ❏Hand-delivered<br>❏Regular Mail<br>❏Certified mail/RR<br>☒E-Mail<br>☒Notice of Electronic Filing (NEF)<br>☒Other: <u>Overnight Mail</u><br>(as authorized by the court*) |
| **Discover Bank**<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025<br><br>Via E-Mail:<br>mrdiscpc@discover.com | Unsecured Creditor | ❏Hand-delivered<br>☒Regular Mail<br>❏Certified mail/RR<br>☒E-Mail<br>❏Notice of Electronic Filing (NEF)<br>❏Other_____<br>(as authorized by the court*) |
| **LVNV Funding LLC**<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587<br><br>Via E-Mail:<br>securedbankruptcy@resurgent.com | Unsecured Creditor | ❏Hand-delivered<br>☒Regular Mail<br>❏Certified mail/RR<br>☒E-Mail<br>❏Notice of Electronic Filing (NEF)<br>❏Other_____<br>(as authorized by the court*) |

*May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

*Rev. 5/14/12*