UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on October 30, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Almoataz B. Basuoni

Case No.: 24-14092

Hearing Date: 10/29/2024 @ 11 a.m.

Judge: MEH

Chapter: 13

Recommended Local Form:   ☒ Followed   ☐ Modified

# ORDER DENYING MOTION OR
# APPLICATION FOR THE ENTRY OF AN ORDER

TO REINSTATE THE STAY AS TO U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION (CENLAR FSB)

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 30, 2024**

Honorable Mark E. Hall
United States Bankruptcy Judge

A motion or application having been filed on _____October 1_____, 20 24  by _Moshe Rothenberg_____ for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied.

The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*rev. 8/1/15*