Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 24−14092−MEH
Chapter: 13
Judge: Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Almoataz B. Basuoni
   aka Al Moataz Basuoni
   5 Edward Ave
   Old Bridge, NJ 08857−2101

Social Security No.:
   xxx−xx−7006

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/11/24.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: December 11, 2024
JAN: km

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Almoataz B. Basuoni  
    Debtor

Case No. 24-14092-MEH  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: Dec 11, 2024      Form ID: 148      Total Noticed: 15

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Almoataz B. Basuoni, 5 Edward Ave, Old Bridge, NJ 08857-2101 |
| 520232859 | Bureau of Housing Inspection, PO Box 810, Trenton, NJ 08625-0810 |
| 520232860 | Cenlar Federal Loan and Savings, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 520314626 | U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION, AS, C/O CENLAR FSB, 425 Phillips Blvd, Ewing, NJ 08618 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Dec 11 2024 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 11 2024 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520232858 | EDI: BANKAMER | Dec 12 2024 01:22:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 520232861 | EDI: DISCOVER | Dec 12 2024 01:22:00 | Discover Financial, PO Box 15316, Wilmington, DE 19850-5316 |
| 520232863 | EDI: CITICORP | Dec 12 2024 01:22:00 | Macys, PO Box 8218, Mason, OH 45040-8218 |
| 520238590 | EDI: DISCOVER | Dec 12 2024 01:22:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 520319571 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 11 2024 20:39:00 | Federal Home Loan Mortgage Corporation, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 520232862 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 11 2024 20:42:40 | LVNV Funding, PO Box 10587, Greenville, SC 29603-0587 |
| 520302171 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 11 2024 20:42:08 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520232864 | EDI: CITICORP | Dec 12 2024 01:22:00 | Sears Credit Cards, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 520232865 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 11 2024 20:39:00 | Select Portfolio Services, PO Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2024         Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2019-2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Maria Cozzini | on behalf of Creditor U.S. BANK TRUST COMPANY NATIONAL ASSOCIATION, AS TRUSTEE, AS SUCCESSOR-IN-INTEREST TO U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CITIGROUP MORTGAGE LOAN TRUST INC. ASSET-BACKED PASS-THROUGH CERTI mcozzini@sternlav.com |
| Moshe Rothenberg | on behalf of Debtor Almoataz B. Basuoni moshe@mosherothenberg.com alyson@mosherothenberg.com;ajohn880@gmail.com;rothenberg.mosheb128149@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6